IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT MAYS III,<br><br>              Plaintiff,<br><br>vs.<br><br>LOUIS MAGNOTTI, YVONNE WILCOX, WARNER MUSIC GROUP, UNIVERSAL MUSIC GROUP, KING LIV PRODUCTIONS, and LHMPR RADIO,<br><br>              Defendants. | 8:22CV285<br><br>**MEMORANDUM AND ORDER** |

      The undersigned's chambers received an email from Plaintiff essentially inquiring about the status of his case. First, Plaintiff is advised that the next step in his case will be for the Court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

      Additionally, Plaintiff is informed that, pursuant to local rule, the Court does not consider documents submitted via e-mail to the assigned judge or to the Clerk of the Court as filed with the Court. *See* NECivR 5.1(c). The Court, therefore, will not act on any emails submitted by Plaintiff and such e-mail submissions will not be made part of the record. If Plaintiff wishes to request relief from or action by the Court, he may do so by mailing, hand-delivering, or electronically filing (after registering for CM/ECF access, *see* Filing No. 3 and NEGenR 1.3(b)) a proper motion to the Clerk.

      IT IS THEREFORE ORDERED that:

      1.    The Court will not take any action on any emails submitted by Plaintiff and the emails will not be made part of the Court's record.

2. Plaintiff is advised that the next step in his case will be for the Court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 28th day of December, 2022.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge